Cesar Smith **HERNANDEZ**, Appellant,

v.

Neal **MULLINS**, Dr.; Sue McDonald, Nurse; Captain Drake, Appellees.

No. 04–2373.

United States Court of Appeals, Eighth Circuit.

Submitted June 2, 2005.

Decided June 7, 2005.

Cesar Smith Hernandez, Big Spring, TX, pro se.

Michael R. Rainwater, Scott Paris Richardson, Jason E. Owens, Jason William Massey, Duncan & Rainwater, Little Rock, AR, for Appellees.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Cesar Smith Hernandez appeals the district court's[1] adverse entry of judgment, following an evidentiary hearing, in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Choate v. Lockhart*, 7 F.3d 1370, 1373 & n. 1 (8th Cir.1993) (standard of review), we agree with the district court's assessment

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

354

of the merits of Hernandez's lawsuit.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.